UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:13-cr-0028 MCE AC P |
| Respondent, | |
| v. | ORDER |
| JOSE LUIS CHAVEZ, | |
| Movant. | |

Movant, a federal prisoner, proceeds pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On July 29, 2013 the government filed a motion to dismiss and an alternative answer.

Movant has filed a motion requesting the court to provide him with a copy of his motion filed pursuant to section 2255 without prepayment of fees so that he can address the government's response.  Movant states that the United States Marshals Service failed to forward his property to the prison where he is currently incarcerated.  Movant further requests a stay of proceedings until the court issues a decision on his request for copies without prepayment of fees.

Typically, this court does not provide courtesy copies to litigants.  Movant does not state why he cannot pay for the requested copies in accordance with the clerk's normal policy. However, because movant's motion is only three pages in length, as a one-time courtesy the court will provide a copy of movant's pending section 2255 motion.  If movant requires any additional

1

1 | copies in the future, he must order and pay for them at the rate of $0.50 per page in accordance
2 | with the regular policy of the Clerk's office.
3 |     A stay is not warranted.  Movant will be granted an extension of time in which to file a
4 | response to the government's motion to dismiss.
5 |     In accordance with the above, IT IS ORDERED THAT:
6 |     1. Movant's motion to stay proceedings (ECF No. 24) is denied.
7 |     2. Movant's request for a one-time courtesy copy of his section 2255 motion is granted.
8 |     3. The clerk is directed to send movant a copy of his section 2255 motion (ECF No. 12).
9 |     4. Sua sponte, movant is granted an extension of time of thirty days from the date of this
10 |        order in which to respond to the government's motion to dismiss.
11 | DATED: September 19, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls//chav0825.copy

2