UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Respondent,<br><br>          v.<br><br>JOSE LUIS CHAVEZ,<br><br>                    Movant. | No.  2:13-cr-0028 MCE AC<br><br><br>ORDER |

    Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  The court entered an order on June 25, 2014 granting respondent's motion to dismiss movant's 28 U.S.C. § 2255 motion. ECF No. 30.  A certificate of appealability is required in order to appeal the court's final order.  See 28 U.S.C. § 2253(c), Fed. R. App. P. 22(b).

    Because the court denied movant's motion on the ground that the claims contained in it were waived based on the collateral attack waiver in movant's plea agreement, a certificate of appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'"  Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)).   The court must either issue a certificate of appealability

1

indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

For the reasons set forth in the magistrate judge's May 22, 2014 findings and recommendations, movant has not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

Dated:  August 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT