UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cr-00028-MCE-AC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JOSE LUIS CHAVEZ, | |
| Defendant. | |

The Court is in receipt of Defendant's Petition for Leave to Appeal the District Court's Judgment (ECF No. 37). That Petition is DENIED.

IT IS SO ORDERED.

Dated: November 6, 2014

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1